7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  AG Distribution, LLC
*Debtor*

*Bankruptcy Case No.*
15–41669–abf11

**AG Distribution, LLC**
   Plaintiff(s)

*Adversary Case No.*
15–04078–abf

v.

**Missouri Department of Revenue**
**Nia Ray**
   Defendant(s)

## JUDGMENT

     The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: In accordance with the Order for Default Judgment(Doc. No.15), Judgment is hereby entered in favor of the Plaintiff, AG Distribution, LLC, and against Defendants, Missouri Department of Revenue and Nia Ray, Director of Revenue.



PAIGE WYMORE–WYNN
Acting Court Executive

By: /s/ Sharon Greene
    Deputy Clerk

Date of issuance: 8/14/15

Court to serve